# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Horacio Herrera and Luz Elena Herrera )
                    Plaintiffs(s) )
      v. )
 )
New America Funding Mortgage Electronic )
Registration Systems, Inc. )
                    Defendants(s) )

COMES NOW Horacio Herrera and Luz Elena Herrera, plaintiffs for Civil Case 3:12-CV-04118-JCS. Plaintiffs respectfully moves this Honorable Court for a continuance of the hearing currently scheduled for 11/9/2012 1:30pm PST be moved to 12/7/2012 or later date.

The reason for this request is:

Additional time is needed for out of court mediation proceedings between named plaintiffs and defendant of above said case. Plaintiffs respectfully moves this Honorable Court for a continuance of the hearing currently scheduled for 11/9/2012 1:30pm PST be moved to 12/7/2012 or later date to allow conclusion of outside mediation.

Respectfully submitted.

_____
Heracio Herrera

_____
Luz Elena Herrera

CERTIFICATE OF SERVICE

A copy of the foregoing has been sent via certified, U.S. Mail, postage prepaid to:
Named Defendant: New America Funding,
Named Defendant: Mortgage Electronic Registration Systems, Inc.,

This **8**<sup>th</sup> day of **November**, 2012.

_____

Signature of Party/Authorized Representative of Party