UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HORACIO HERRERA,                                No. 3:12-cv-04118 JCS

        Plaintiff(s),

                                          **ORDER TO SHOW CAUSE**

    v.

NEW AMERICAN FUNDING,

        Defendant(s).

_____/

     Pursuant to Civil L.R. 16-2, a case management conference was scheduled on December 7, 2012, at 1:30 PM, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present.

     IT IS HEREBY ORDERED that Plaintiff appear on **December 21, 2012, at 10:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on December 7, 2012, for failure to follow the Court's Orders, for failure to serve defendant pursuant to Federal Rules of Civil Procedure, and for lack of subject matter jurisdiction.

     IT IS SO ORDERED.

Dated:  December 11, 2012

                                        _____
                                        JOSEPH C. SPERO
                                        United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28