UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO HERRERA,<br><br>    Plaintiff(s),<br><br>  v.<br><br>NEW AMERICAN FUNDING,<br><br>    Defendant(s).<br>_____/ | No. 3:12-cv-04118 JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on December 7, 2012, at 1:30 PM, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **December 21, 2012, at 10:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on December 7, 2012, for failure to follow the Court's Orders, for failure to serve defendant pursuant to Federal Rules of Civil Procedure, and for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: December 11, 2012

                                                                    _____
                                                                     JOSEPH C. SPERO
                                                                     United States Magistrate Judge